UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

Martha H. Palmer-Boahene )
(Name of the plaintiff or plaintiffs) )
)
V. )
)
City Colleges of Chicago Harold Washington College )
(Name of the defendant or defendants) )

CIVIL ACTION 02C 8941

NO. _____
(Case number will be supplied by the assignment clerk)

MAGISTRATE JUDGE ASHMAN

DOCKETED DEC 11 2002

FILED-ED4 02 DEC 10 PM 3:38 CLERK U.S. DISTRICT COURT

COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is Martha H. Palmer-Boahene of the county of Cook in the state of Illinois.
3. The defendant is City Colleges of Chicago Harold Washington College, who resides at (street address) 30 E. Lake St
   (city) Chicago (county) Cook (state) Illinois (ZIP) 60601
   (Defendant's telephone number) (312) - 553 5600 / 5900

1✓1

4) The plaintiff sought employment or was employed by the defendant at City Colleges of Chicago Harold Washington College
(street address) 30 E. Lake St
(city) Chicago (county) Cook (state) Il (ZIP code) 60601

5. The plaintiff [check one box]

   (a) [X] was denied employment by the defendant.

   (b) [ ] was hired and is still employed by the defendant.

   (c) [X] was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) Feb-March-May, (day)_____, (year) 2002.
(actually it's been longer than this current situation)

7. (a) The plaintiff [check one box] [ ] has not filed a charge or charges against the defendant [X] has asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) [X] the United States Equal Employment Opportunity Commission on or about (month) June (day) 19 (year) 2002. That was the earliest day I could get appt

   (ii) [ ] the Illinois Department of Human Rights on or about (month)_____ (day)_____ (year)_____.

   (b) If charges were filed with an agency indicated above, a copy of the charge is attached. [X] YES [ ] NO See attached

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

8. (a) [ ] the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

   (b) [X] the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) September

(day) 18 (year) 2002 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

   (a) ☐ Age (Age Discrimination Employment Act).

   (b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

   (c) ☐ Disability (Americans with Disabilities Act)

   (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

   (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

   (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983).

    ☒ YES    ☐ NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); over 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; over the A.D.E.A. by 42 U.S.C.§12117.

12. The defendant [check all that apply]

    (a) ☒ failed to hire the plaintiff.

    (b) ☐ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☒ other (specify): Defendant has committed Character assassination against plantiff first secretly along with her administration, and after the fact (Post Facto). Defendant created and made false allegations that plantiff's work performance was inadequate altho plantiff received good job ratings and plantiff followed past policy practiced by the graduation representative on students graduation and finance requirements. Defendant has blamed plantiff for past practice in the college which plantiff has no control over. The recomm...

procedures. Defendant refuses to respect and support Plantiff's position as coordinator of graduation review sessions and Defendant failed to inform Plantiff of newly-secretly established procedures. Defendant has failed to work fairly with Plantiff. Defendant has racially discriminated against Plantiff and treated non African American

13. The facts supporting the plaintiff's claim of discrimination are as follows: Defendant Begina secret investigation of Plantiff based on recommendations made for students to graduate based on colleges past practice by graduation representative. Defendant and Administration failed to respond to Plantiff's letter on graduation issues. Defendant held Hearings conducted by Defendants representative that entrapped plantiff. Dean Franz instructed plantiff to proceed and later held hearing against plantiff as if she did not give the orders. Franz passed her bad findings on to Wilks another Administrator they ignored Plantiff and directed bias and racial discriment toward Plantiff and damages her work flow and allowing non African American to do the same without penalty

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]

(a) ☒ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Find that the defendant failed to reasonably accommodate the plaintiff's religion.

(e) ☐ Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ Direct the defendant to (specify): Clear Plantiff's records and have Defendant to stop entrapment and harassment of Plantiff. Have defendant to stop discriminating against Plantiff while she allows Whites and other ethnic groups that are not "African American" to do the same without a (investigating) hearing, without a similar investigation done without disciplinary action upheld by the Chancellor. Have defendant to stop bias

The City Colleges has made it difficult to have a fair and unbias procedure because the Defendant conducts secret investigation, grievance hearings etc. Which is totally bias and doesn't not allow due process, fairness and for justice to faculty and plaintiff.

(g) [X] If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [X] Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) _Martha Palmer Boahene_

(Plaintiff's name) _Martha H. Palmer-Boahene_

(Plaintiff's street address) _500 E. 33rd St #1603_

(City) _Chicago_ (State) _Il_ (ZIP) _60616_

(Plaintiff's telephone number) _(312) - 2257188_

**JS 44 (Rev. 3/99)** — **CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS:** MARTHA H. PALMER-BOAHENE

**DEFENDANTS:** City Colleges — Harold Washington College

02C 8941

**(b)** County of Residence of First Listed Plaintiff: Cook
County of Residence of First Listed Defendant: Cook

DOCKETED
JUDGE BUCKLO   DEC 11 2002
MAGISTRATE JUDGE ASHMAN

**(c) Attorney's (Firm Name, Address, and Telephone Number):**
1) Martha H. Palmer-Boahene, 500 E. 33rd St #1603, Chicago, IL 60616 (312) 225-7188
2) Clarence C. Terry, 401 E. 32nd St #610, Chicago, IL 60616, 312-791-5163

**Attorneys (If Known):** Currently Being Secured

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)
- Citizen of This State: PTF ☒1 / DEF ☐1; Incorporated or Principal Place of Business In This State: ☐4/☐4
- Citizen of Another State: ☐2/☐2; Incorporated and Principal Place of Business In Another State: ☐5/☐5
- Citizen or Subject of a Foreign Country: ☐3/☐3; Foreign Nation: ☐6/☐6

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

Civil Rights: ☒ 440 Other Civil Rights — Racial Discrimination

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☒ 5 Transferred from another district (specify): EEOC

**VI. CAUSE OF ACTION:** Title VII of the Civil Rights Act of 1964. Plaintiff was discriminated against by Defendant based on Race. Defendant has interfered with Plaintiff's current and future employment opportunities.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $:**
**JURY DEMAND:** ☒ Yes ☐ No

EEOC Investigator Grace Ho

**VIII. This case:**
- ☐ is not a refiling of a previously dismissed action.
- ☐ is a refiling of case 20A 20 3601, previously dismissed by Judge — Dismissal and notice of Right to Sue

**DATE:** 12-9-2002
**SIGNATURE OF ATTORNEY OF RECORD:** Martha Palmer-Boahene

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

Martha H. Palmer-Boahene
-vs-
City Colleges of Chicago Harold Washington College

Case Number: 02C 8941

DOCKETED
DEC 11 2002

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Martha H. Palmer-Boahene

JUDGE BUCKLO
MAGISTRATE JUDGE ASHMAN

| (A) | (B) |
|---|---|
| SIGNATURE: Martha H. Palmer Boahene | SIGNATURE: X Clarence C. Terry |
| NAME: Martha H. Palmer-Boahene | NAME: Clarence Terry |
| FIRM: Self | FIRM: Retired Employment Law Adjudicator |
| STREET ADDRESS: 500 E. 33rd St #1603 | STREET ADDRESS: 401 E. 32nd St Apt 660 |
| CITY/STATE/ZIP: Chicago, IL 60616 | CITY/STATE/ZIP: Chicago, IL 60616 |
| TELEPHONE: 312-225-7188 / FAX: N/A | TELEPHONE: 312-791-9163 / FAX: SAME |
| E-MAIL: N/A | E-MAIL: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? NO ☒ | MEMBER OF TRIAL BAR? NO ☒ |
| TRIAL ATTORNEY? NO ☒ | TRIAL ATTORNEY? NO ☒ |
| Pro Se / self (at this point) | DESIGNATED AS LOCAL COUNSEL? NO ☒ |

FILED
02 DEC 10 PM 3:32
U.S. DISTRICT COURT

| (C) | (D) |
|---|---|
| SIGNATURE: (Lawyer Being Identified & Secured Presently) | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE / FAX: | TELEPHONE / FAX: |
| E-MAIL: | E-MAIL: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |